# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JONATHAN D. COOPER**                                             **PETITIONER**

**V.**                                             **NO. 4:16-CV-195-DMB-JMV**

**TIMOTHY MORRIS, et al.**                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation issued this day, this action is **DISMISSED without prejudice** for failure to exhaust state remedies and **DISMISSED as moot** to the extent Cooper challenges the propriety of his March 2016 Earned Release Supervision revocation.

**SO ORDERED**, this 3rd day of May, 2019.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**